BEFORE THE SECOND DIVISION, MAY 4, 1950

**No. 54308.**—Oxford University Press, N. Y., Inc. *v.* United States, protest 156289–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects (except title) to the books the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (33 C. C. P. A. 11, C. A. D. 309), the claim of the plaintiff was sustained.